FILED
August 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                              )      Case No.  2:10-mj-240 DAD
           Plaintiff,          )
v.                                    )      ORDER FOR RELEASE
                                              )      OF PERSON IN CUSTODY
JOSE HOLMES,                 )
                                              )
           Defendant.        )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jose Holmes</u>; Case <u>2:10-mj-240 DAD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___     Release on Personal Recognizance

     ___     Bail Posted in the Sum of _____

     _X_     Unsecured bond in the amount of $100,000 cosigned by defendant's parents-in-law

     ___     Appearance Bond with 10% Deposit

     ___     Appearance Bond secured by Real Property

     ___     Corporate Surety Bail Bond

     _X_     (Other) <u>Pretrial conditions/supervision; third party custody to defendant's parents-in-law</u>

Issued at <u>Sacramento, CA</u> on <u>8/20/2010</u> at <u>3:22 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge