BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE D. HOLMES,<br>JAMES BROWN, and<br>DEANNA WILLIAMS,<br><br>　　　　　Defendants. | No. CR S 10-0361 LKK<br><br><br>**STIPULATION AND PROTECTIVE**<br>**ORDER BETWEEN**<br>**UNITED STATES AND NAMED**<br>**DEFENDANTS** |

　　　WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, drivers license numbers, bank account numbers, telephone numbers and residential addresses ("Protected Information"); and

　　　WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

　　　The parties agree that entry of a stipulated protective order is appropriate.

　　　THEREFORE, defendants Jose D. Holmes, James Brown, and Deanna

1  Williams, and Plaintiff, the United States of America, by and
2  through their counsel of record ("Defense Counsel"), hereby agree
3  and stipulate as follows:
4      1.   This Court may enter protective orders pursuant to Rule
5  16(d) of the Federal Rules of Criminal Procedure, and its general
6  supervisory authority.
7      2.   This Order pertains to all discovery provided to or made
8  available to Defense Counsel as part of discovery in this case
9  (hereafter, collectively known as "the discovery").
10     3.   By signing this Stipulation and Protective Order, Defense
11 Counsel agree not to share any documents that contain Protected
12 Information with anyone other than Defense Counsel and designated
13 defense investigators and support staff.  Defense Counsel may permit
14 the defendants to view unredacted documents in the presence of
15 his/her attorney, defense investigators and support staff.  The
16 parties agree that Defense Counsel, defense investigators and
17 support staff shall not allow the defendants to copy Protected
18 Information contained in the discovery.  The parties agree that
19 Defense Counsel, defense investigators, and support staff may
20 provide the defendants with copies of documents from which Protected
21 Information has been redacted.
22     4.   The discovery and information therein may only be used in
23 connection with the litigation of this case and for no other
24 purpose.  The discovery is now and will forever remain the property
25 of the United States Government.  Defense Counsel will return the
26 discovery to the Government or certify that it has been shredded at
27 the conclusion of the case.
28     5.   Defense Counsel will store the discovery in a secure place

1  and will use reasonable care to ensure that it is not disclosed to
2  third persons in violation of this agreement.
3       6.   Defense Counsel shall be responsible for advising his or
4  her respective defendant, employees, and other members of the
5  defense team, and defense witnesses of the contents of this
6  Stipulation/Order.
7       7.   In the event that the defendant substitutes counsel,
8  undersigned Defense Counsel agrees to withhold discovery from new
9  counsel unless and until substituted counsel agrees also to be bound
10 by this Order.

12 IT IS SO STIPULATED.

14 DATED: August 27, 2010              BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Carolyn Delaney
16                              By: _____
                                       CAROLYN K. DELANEY
17                                     Assistant U.S. Attorney

                                       /s/ Suzanne Luban
19 DATED: August 27, 2010       By: _____
                                       SUZANNE LUBAN
20                                     Counsel for Defendant
                                       JOSE D. HOLMES

                                       /s/ Dan Horowitz
22 DATED: August 27, 2010       By: _____
                                       DAN HOROWITZ
23                                     Counsel for Defendant
                                       JAMES BROWN

25 DATED: August 27, 2010       By: /s/ Michael Bigelow
                                    _____
26                                     MICHAEL BIGELOW
                                       Counsel for Defendant
27                                     DEANNA WILLIAMS

28
        IT IS SO FOUND AND ORDERED.
   DATED: September 14, 2010          _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT