SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
JOSE D. HOLMES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>       Plaintiff,                                     )<br>                                                            )<br>       vs.                                              )<br>                                                            )<br>JOSE D. HOLMES, et al.,                 )<br>                                                            )<br>       Defendants.                           )<br>_____ ) | No. CR 10-361-LKK<br><br>STIPULATION AND<br> ORDER<br>CONTINUING STATUS<br>CONFERENCE<br><br>Date: September 28, 2010<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

Defendants Jose D. Holmes, James Brown, and Deanna Williams are currently set to appear before this Court on Tuesday, September 28, 2010 for a status conference. This would be their first appearance before the district court. All three defendants are on pretrial release status.

This is an identity theft / fraud case. On September 15, 2010, this Court issued a protective order governing disclosure of discovery in this case. The government promptly began producing discovery (145 pages so far, produced on September 20, 2010). The government has also made available to defense counsel a large volume of discovery that has not yet been prepared for distribution, but which counsel can view in the United States Attorney's Office and may request copies of any of those documents. The discovery comprises documentation underlying many hundreds of

1

alleged transactions. Counsel for the defendants have not yet begun reviewing that voluminous discovery, and anticipate that a significant amount of attorney time will be needed to do so. As a result, the parties agree that nothing of substance would be accomplished by appearing before the Court on September 28, 2010, and that a continuance is needed to allow counsel sufficient time to review the discovery, advise their clients, and to conduct investigation and research. The government's counsel is amenable to this continuance. All counsel are available on November 16, 2010, which date is also available on the Court's calendar.

Accordingly, the parties by and through their counsel agree and stipulate that the hearing currently set for September 28, 2010 shall be continued to November 16, 2010 at 9:15 a.m. for status.

The parties further agree that an exclusion of time under the Speedy Trial Act is called for, because the requested continuance is needed for continuity of counsel and to allow defense counsel sufficient time to prepare, and that the failure to grant the continuance requested would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties stipulate that the interest of justice outweighs the best interest of the public and the defendants in a speedy trial. Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from September 28, 2010 through November 16, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED:

DATED: September 24, 2010            /S/ Suzanne A. Luban
                                     SUZANNE A. LUBAN,
                                     Counsel for Defendant Holmes


DATED: September 24, 2010            /S/ Daniel Horowitz
                                     DANIEL HOROWITZ
                                     Counsel for Defendant Brown

| | |
|---|---|
| DATED: September 24, 2010 | /S/ Michael Bigelow<br>MICHAEL BIGELOW<br>Counsel for Defendant Williams |
| DATED: September 24, 2010 | /S/ Carolyn Delaney<br>CAROLYN DELANEY<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-361-LKK |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| JOSE D. HOLMES, et al., ) | |
| ) | Date: September 28, 2010 |
| Defendants. ) | Time: 9:15 a.m. |
| _____ ) | Judge: Lawrence K. Karlton |

For Good Cause Shown and pursuant to the stipulation of the government and defendants Jose D. Holmes, James Brown, and Deanna Williams,

IT IS HEREBY ORDERED that the hearing scheduled for September 28, 2010 is vacated and shall be continued to November 16, 2010 at 9:15 a.m.

IT IS FURTHER ORDERED that the time from September 28, 2010 and November 16, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Codes T2 and T4 for adequate preparation of counsel and continuity of counsel.   The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the continuance requested would unreasonably deny counsel the reasonable time

necessary for effective preparation, taking into account due diligence, given the need for review of voluminous discovery.

IT IS SO ORDERED.

Dated: September 28, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT