BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
First Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED
NOV 02 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )   D.C. NO. 2:10-cr-361 LKK
                          )
    v.                    )   APPLICATION AND ORDER
                          )   FOR UNSEALING SUPERSEDING
JOSE D. HOLMES, et al.,   )
                          )
        Defendants.       )
_____)

On October 21, 2010, a superseding indictment was filed in the above-referenced case. Since the two new defendants added to the case have now been arrested, it is no longer necessary for the superseding indictment to be sealed. The government respectfully requests that the superseding indictment be unsealed.

DATED: November 2, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Carolyn K. Delaney
CAROLYN K. DELANEY
First Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: November 2, 2010

HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

1