SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
JOSE D. HOLMES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-361-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| vs. ) | CONFERENCE |
| ) | |
| JOSE D. HOLMES, et al., ) | Date: November 16, 2010 |
| ) | Time: 9:15 a.m. |
| Defendants. ) | Judge: Lawrence K. Karlton |
| _____ ) | |

      Defendants Jose D. Holmes, James Brown, Deanna Williams, Lonell Lindsey and Kelly Miles are currently set to appear before this Court on Tuesday, November 16, 2010 for a status conference. This would be their first appearance before the district court. All defendants are on pretrial release status. Mr. Miles and Mr. Lindsey were recently added to the case by superseding indictment, and made their first appearance before the magistrate judge on November 2, 2010.

      This is an identity theft / fraud case. On September 15, 2010, this Court issued a protective order governing disclosure of discovery in this case. The government promptly began producing available discovery. The government has made available to defense counsel a large volume of discovery that has not yet been prepared for distribution, but which counsel can view in the United States Attorney's Office and

1

1 may request copies of any of those documents. The discovery comprises
2 documentation underlying many hundreds of alleged transactions.  Counsel for the
3 defendants have begun reviewing the voluminous discovery, and anticipate that a
4 significant amount of attorney time will be needed to complete this review, especially
5 for counsel for the two newly added defendants.  In addition, Mr. Bigelow (attorney
6 for Deanna Williams) will be in trial before Judge Shubb in another case on
7 November 16, 2010, and AUSA Carolyn Delaney will be in Fresno that morning
8 attending the memorial service for a colleague.  As a result, the parties agree that a
9 further continuance is needed for continuity of counsel and to allow counsel sufficient
10 time to review the discovery, advise their clients, and for investigation and research.
11 All parties are amenable to this continuance.  All counsel are available on January 25,
12 2011.  Accordingly, the parties by and through their counsel agree and stipulate that
13 the hearing currently set for November 16, 2010 shall be continued to January 25,
14 2011 at 9:15 a.m. for status before this Court.

15   The parties further agree that an exclusion of time under the Speedy Trial Act
16 is called for, because the requested continuance is needed for continuity of counsel
17 and to allow defense counsel sufficient time to prepare, and that the failure to grant
18 the continuance requested would unreasonably deny counsel the reasonable time
19 necessary for effective preparation, taking into account the exercise of due diligence.
20 The parties stipulate that the interest of justice outweighs the best interest of the
21 public and the defendants in a speedy trial.  Therefore, the parties agree that the Court
22 shall order that the Speedy Trial clock shall be tolled for the reasons stated above
23 from  November 16, 2010 through January 25, 2011 pursuant to the Speedy Trial Act,
24 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  IT IS SO STIPULATED:

25 DATED: November 11, 2010                    /S/ Suzanne A. Luban
                                               SUZANNE A. LUBAN,
26                                             Counsel for Defendant Holmes

27

28                                             2

DATED: November 11, 2010         /S/ Daniel Horowitz
                                 DANIEL HOROWITZ
                                 Counsel for Defendant Brown

DATED: November 11, 2010         /S/ Michael Bigelow
                                 MICHAEL BIGELOW
                                 Counsel for Defendant Williams

DATED: November 11, 2010         /S/ Ron Peters
                                 RON PETERS
                                 Counsel for Defendant Miles

DATED: November 11, 2010         /S/ Kyle Rodger Knapp
                                 KYLE RODGER KNAPP
                                 Counsel for Defendant Lindsey

DATED: November 11, 2010         /S/ Carolyn Delaney
                                 CAROLYN DELANEY
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-361-LKK |
| Plaintiff, ) | |
| vs. ) | ORDER |
| JOSE D. HOLMES, et al., ) | Date: November 16, 2010 |
| Defendants. ) | Time: 9:15 a.m. |
| _____ ) | Judge: Lawrence K. Karlton |

For Good Cause Shown and pursuant to the stipulation of the government and defendants Jose D. Holmes, James Brown, and Deanna Williams,

IT IS HEREBY ORDERED that the hearing scheduled for November 16, 2010 is vacated and shall be continued to January 25, 2011 at 9:15 a.m.

IT IS FURTHER ORDERED that the time from November 16, 2010 and January 25, 2011 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Codes T2 and T4 for adequate preparation of counsel and continuity of counsel.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the continuance requested would unreasonably deny counsel the reasonable time necessary for

effective preparation, taking into account due diligence, given the need for review of voluminous discovery and unavailability of two of the lawyers on the date previously set.

IT IS SO ORDERED.

Dated: November 15, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2