UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-361-LKK |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JOSE D. HOLMES, | ) | |
| Defendant/Appellant. | ) | |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

For Good Cause Shown, IT IS HEREBY ORDERED that the defendant Jose D. Holmes has permission to travel to the Sacramento area to stay over two nights at the Courtyard Marriot with his wife and not be subject to the release conditions of curfew, residence and third party custody of his parents-in-law for the nights of Friday and Saturday, May 27 and 28, 2011.  Other release conditions shall remain in effect. The Pretrial Services Officer shall determine the appropriate steps to verify Mr. Holmes' whereabouts,  monitoring by GPS and/or telephone contact with the Pretrial Services Officer as directed by that officer.

DATED: May 11,  2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT