1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA
                                    (Sacramento)
9

10
UNITED STATES OF AMERICA,          )         D.C. No. CR S-10-361-LKK
11                                 )
                  Plaintiff,       )         ORDER REQUESTING
12                                 )         THE BUREAU OF
        vs.                        )         PRISONS TO REDESIGNATE
13                                 )         DEFENDANT JOSE HOLMES
JOSE D. HOLMES,                    )
14                                 )
                  Defendant.       )
15  _____ )        Judge: Hon. Lawrence K. Karlton

16

17          For Good Cause Shown, IT IS HEREBY REQUESTED that the Bureau of Prisons

18  designations office shall re-do the designation process for defendant Jose D. Holmes, keeping

19  in mind the Court's recommendations that while in BOP custody the defendant (1) shall

20  participate in the RDAP 500-hour residential drug treatment program, and (2) shall participate

21  in a vocational training and/or apprenticeship program in the electrician trade or other

22  construction-related trades.  Therefore a designation to a facility that offers both the RDAP

23  and such vocational training and/or apprenticeship programs is recommended by the Court, to

24  the extent such a designation comports with security level.

25  / / / /

26  / / / /

27

28                                         4

1    It is further ordered that the voluntary surrender date of June 28, 2011 by noon shall be

2  extended to July 5, 2011 by 4:00 p.m.  The Clerk of the Court shall serve this Order on the

3  Bureau of Prisons designations office.

4  DATED: June 15, 2011

5

6                                         LAWRENCE K. KARLTON
                                          SENIOR JUDGE
7                                         UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         5