SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
JOSE D. HOLMES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-361-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | REGARDING RESTITUTION |
| vs. ) | AND HEARING |
| ) | |
| JOSE D. HOLMES, et al., ) | Date: July 6, 2011 |
| ) | Time: 9:15 a.m. |
| Defendants. ) | Judge: Lawrence K. Karlton |
| _____ ) | |

Defendant Jose D. Holmes was sentenced by this Court on May 3, 2011.  The Court scheduled a hearing to set the restitution amount on July 6, 2011.  The probation officer has determined that the restitution amount owed is $37,056.40.  Mr. Holmes and the government, by and through their counsel, agree and stipulate that the Court shall enter an order setting the total amount of $37,056.40 in restitution to be paid by Jose Holmes, to be joint and several with any co-defendants who are later ordered to pay restitution to these same recipients.

/ / / /

/ / / /

/ / / /

1

1   The parties further stipulate that the hearing currently set for July 6, 2011 shall
2 be taken off calendar.
3 IT IS SO STIPULATED:

5 DATED: June 28, 2011                               /S/ Suzanne A. Luban
                                                    SUZANNE A. LUBAN,
6                                                   Counsel for Defendant Holmes

8 DATED: June 28, 2011                               /S/ Carolyn Delaney
                                                    CAROLYN DELANEY
9                                                   Assistant United States Attorney
                                                    Counsel for Plaintiff

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-361-LKK |
| Plaintiff, | |
| vs. | ORDER |
| JOSE D. HOLMES, et al., | |
| Defendants. | |
| _____ | Judge: Lawrence K. Karlton |

For Good Cause Shown and pursuant to the stipulation of the government and defendant Jose D. Holmes and the findings of the U.S. Probation Officer,

IT IS HEREBY ORDERED that defendant Jose D. Holmes shall pay restitution in the total amount of $37,056.40, to the following victims in the following amounts:

| Victim | Restitution |
|---|---|
| Restitution Department<br>Discover Financial Services LLC<br>P.O. Box 6106<br>Carol Stream, IL 60197-6106 | $6,146.17 |

1

| | |
|---|---|
| Alpine Bank<br>225 N 5th Street, Suite 520<br>Grand Junction, CO 81501 | $5,584.99 |
| Truliant Federal Credit Union<br>3200 Truliant Way<br>Winston-Salem, NC 27103 | $3,944.35 |
| Redwood Credit Union<br>3033 Cleveland Ave. Suite 100<br>Santa Rosa, CA 95406 | $3,399.50 |
| Georgia United Credit Union, formerly known as Georgia Federal Credit Union<br>3705 Surgarloaf Parkway<br>Duluth, GA 90097 | $7,787.99 |
| Huntington Bank<br>23 Federal Plaza West<br>Youngstown, Ohio 43219 | $4,569.35 |
| First National Bank of Omaha<br>P.O. Box 3437, Stop 3107<br>Omaha, NE 68172 | $5,624.05 |
| Total Restitution: | **$37,056.40** |

Restitution shall be joint and several with any co-defendants who are later ordered to pay restitution to these same recipients. The Judgement Order shall be amended to reflect this order of restitution. Further, the restitution hearing scheduled for July 6, 2011 is hereby vacated.

IT IS SO ORDERED.

Dated: June 29, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT