BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Exec. Asst. U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00361-LKK |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JOSE D. HOLMES, JAMES BROWN, DEANNA WILLIAMS, and LONELL LINDSEY, aka "JR," | |
| Defendants. | |

WHEREAS, on February 18, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) based upon the plea agreements entered into between plaintiff and defendants Jose D. Holmes and Lonell Lindsey forfeiting to the United States the following property:

       a. Credit or debit cards in various names;
       b. Cash counting machines;
       c. Desktop and laptop computers;
       d. GPS devices;
       e. Magnetic stripe readers(skimmers);
       f. Magnetic stripe reader/writers (re-encoders);
       g. Electronic storage media;
       h. White plastic, re-encoded credit cards, debit cards;
       i. Cell phones;

1          j. BMW 745Li Sedan, California license plate 6LFS240,
              VIN WBAGN63443DR12061; and
2          k. Approximately $11,697 in United States currency[1].
3   In addition, defendants Jose D. Holmes and Lonell Lindsey agreed
4   that as part of their sentence the Court may, pursuant to Fed. R.
5   Crim. P. 32.2(b), order a forfeiture money judgment in the amount
6   up to $595,120, less any forfeited funds.  To the extent that the
7   United States realizes any sums from the forfeiture of assets
8   specified in this final order of forfeiture, the sum of the
9   $595,120 money judgment shall be reduced accordingly.  Defendants
10  Jose D. Holmes and Lonell Lindsey shall be jointly and severally
11  liable on the money judgment with defendants Deanna Williams and
12  James Brown.
13       AND WHEREAS, beginning on February 27, 2011, for at least 30
14  consecutive days, the United States published notice of the
15  Court's Order of Forfeiture regarding Jose D. Holmes and Lonell
16  Lindsey on the official internet government forfeiture site
17  www.forfeiture.gov.  Said published notice advised all third
18  parties of their right to petition the Court within sixty (60)
19  days from the first day of publication of the notice for a
20  hearing to adjudicate the validity of their alleged legal
21  interest in the forfeited property;
22       AND WHEREAS, on April 27, 2011, this Court entered a
23  Preliminary Order of Forfeiture pursuant to the provisions of 18
24  U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) based upon the plea

---

[1] The BMW 745Li Sedan was turned over to the lien holder by the U.S. Secret Service on or about May 17, 2011 as part of their administrative forfeiture process.  The Approximately $11,697 in United States currency was forfeited administratively by the U.S. Secret Service on or about February 1, 2011.

agreement entered into between plaintiff and defendant Deanna Williams forfeiting to the United States the above-listed property.  In addition, defendant Deanna Williams agreed that as part of her sentence the Court may, pursuant to Fed. R. Crim. P. 32.2(b), order a forfeiture money judgment in the amount up to $595,120, less any forfeited funds.  To the extent that the United States realizes any sums from the forfeiture of assets specified in this final order of forfeiture, the sum of the $595,120 money judgment shall be reduced accordingly.  Defendant Deanna Williams shall be jointly and severally liable on the money judgment with defendants Jose D. Holmes, Lonell Lindsey, and James Brown.

AND WHEREAS, beginning on May 28, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Deanna Williams on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, on or about July 29, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) based upon the plea agreement entered into between plaintiff and defendant James Brown forfeiting to the United States the above-listed property. In addition, defendant James Brown agreed that as part of his sentence the Court may, pursuant to Fed. R. Crim. P. 32.2(b),

order a forfeiture money judgment in the amount up to $595,120, less any forfeited funds.  To the extent that the United States realizes any sums from the forfeiture of assets specified in this final order of forfeiture, the sum of the $595,120 money judgment shall be reduced accordingly.  Defendant James Brown shall be jointly and severally liable on the money judgment with defendants Jose D. Holmes, Lonell Lindsey, and Deanna Williams.

    AND WHEREAS, beginning on August 11, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding James Brown on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the United States sent direct written notice or attempted direct written notice by certified mail to the following persons known to have an alleged interest in the above-described property: Precious Holmes and Ieasha Merritt;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), to be disposed of according to law, including

1  all right, title, and interest of defendants Jose D. Holmes,
2  Lonell Lindsey, Deanna Williams, and James Brown.
3       2.   All right, title, and interest in the below-listed
4  property shall vest solely in the name of the United States of
5  America:
6          a. Credit or debit cards in various names;
           b. Cash counting machines;
7          c. Desktop and laptop computers;
           d. GPS devices;
8          e. Magnetic stripe readers(skimmers);
           f. Magnetic stripe reader/writers (re-encoders);
9          g. Electronic storage media;
           h. White plastic, re-encoded credit cards, debit cards;
10         i. Cell phones; and
           j. A money judgment in the amount of $595,120 against
11            Jose D. Holmes, Lonell Lindsey, Deanna Williams, and
              James Brown[2].
12
13     3.   The U.S. Secret Service shall maintain custody of and
14 control over the subject property until it is disposed of
15 according to law.
16     SO ORDERED this 23rd day of January, 2012.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

---

[2] To the extent that the United States realizes any sums from the forfeiture of assets specified in this final order of forfeiture, the sum of the $595,120 money judgment shall be reduced accordingly.  All defendants shall be jointly and severally liable on the money judgment.