**FILED**

SEP 2 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,    )<br>                                                 )<br>v.                                          )<br>                                                 )<br>Jose D. Holmes                        )<br>                                                 )<br>                    Defendant.   )<br>_____ ) | **ORDER TO REDUCE AND TERMINATE TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT**<br>(18 U.S.C. 3583(3)(1)<br><br>Docket Number: 2:10CR000361-001 |

On July 1, 2015, the defendant was accepted as a participant in the Reentry Court Program. On September 22, 2016, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to the defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced, with a new termination date of September 22, 2016.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on June 30, 2011, is hereby reduced for the defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_9/20/2016_                                                    _/s/ Carolyn Delaney_
**Date**                                                             The Honorable Carolyn K. Delaney
                                                                         U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is terminated on September 22, 2016.

_9/20/16_                                                       _/s/ Kimberly J. Mueller_
**Date**                                                             Kimberly J. Mueller
                                                                         U.S. District Judge

cc:    Defendant
         Assistant United States Attorney:
         Defense Counsel:   Suzanne Luban
         FLU Unit – United States Attorney's Office
         Fiscal Clerk - Clerk's Office